# EXHIBIT A

## SETTLEMENT AGREEMENT

**THIS SETTLEMENT AGREEMENT** (the "Agreement") is made and entered into as of the 17th day of March, 2017, by and between Telemundo Network Group, LLC ("Telemundo") and Elite Soccer Agency, LLC ("Elite").  Telemundo and Elite shall be referred to, together, as the "Parties."

## WITNESSETH

**WHEREAS,** Telemundo is a limited liability company and is a citizen of Delaware and Pennsylvania for purposes of diversity of citizenship;

**WHEREAS,** Elite is a limited liability company and is a citizen of Florida for purposes of diversity of citizenship;

**WHEREAS,** Telemundo is the sole owner of the exclusive license to broadcast in the United States certain qualifying soccer games of the Confederation of North, Central America and Caribbean Association Football ("CONCACAF") leading to the 2018 and 2022 FIFA World Cups in the Spanish Language via television and digital media, including the home games of all CONCACAF countries other than the United States, Mexico and Canada (the "Content Rights");

**WHEREAS,** Telemundo acquired the Content Rights in a valid and enforceable Soccer License Agreement dated December 22, 2014 between Telemundo as Licensee and Traffic Sports USA, Inc. ("Traffic") and Media World LLC as Licensors (the "Telemundo Agreement");

**WHEREAS,** On February 7, 2017, the Trinidad & Tobago Football Association (the "TTFA") purported to transfer to Elite and Elite purported to acquire from the TTFA broadcast rights to the CONCACAF home games of the Trinidad & Tobago National Team("Trinidad National Team") leading to the 2018 World Cup;

**WHEREAS,** The TTFA had previously sold the rights to broadcast the CONCACAF home games of the Trinidad National Team leading to the 2018 World Cup to the Caribbean

1

Football Union, which in turn sold those rights to Traffic, which in turn sold them to Telemundo in the Telemundo Agreement;

**WHEREAS,** On February 24, 2017, the TTFA cancelled its contract with Elite, and Elite asserts no continuing interest in any of the Content Rights, including any right to broadcast any of the Trinidad National Team's home qualifying CONCACAF games leading to the 2018 World Cup;

**WHEREAS,** Telemundo is the Plaintiff and Elite is a Defendant in the civil action styled *Telemundo Network Group, LLC v. Elite Soccer Agency, LLC and Publicidades USA Inc.*, bearing Case Number 1:17-cv-20952-UU (the "Action");

**WHEREAS,** The amount in controversy in the Action exceeds the $75,000 jurisdictional threshold for diversity actions;

**WHEREAS,** The Court in the Action has scheduled a hearing for 2:30 p.m. on Monday March 20, 2017 (the "Injunction Hearing") on Telemundo's Corrected Motion for Emergency Temporary Restraining Order and Preliminary Injunction (the "Injunction Motion");

**WHEREAS,** the Parties wish to amicably resolve the Action, including all claims and counterclaims that were or could have been brought therein, to avoid the expense, inconvenience, and uncertainties of protracted litigation including the Injunction Hearing.

**NOW, THEREFORE,** in consideration of the mutual promises and covenants set forth herein, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties agree to the following terms and conditions.

<u>**TERMS AND CONDITIONS**</u>

1.      The foregoing recitals are true and correct and are incorporated into this Agreement.

2

*MIA 185795151v1*

2.      Elite waives any right, title or interest it had, has, or could have in the Content Rights, including but not limited to any rights to broadcast or market the broadcast of home games of the Trinidad National Team in CONCACAF qualifying matches leading the 2018 and 2022 World Cups.

3.      Elite shall not (a) sell, resell, license, market, commercialize, or otherwise traffic in the Content Rights or attempt to do any of the foregoing or (b) interfere with the production and delivery of Telemundo's live audiovisual feed for the CONCACAF qualifying soccer games leading to the 2018 and 2022 World Cup.

4.      If Elite breaches this Agreement, Telemundo shall be entitled to entry of a consent judgment and injunction in the Action in the form attached hereto as Exhibit A.

5.      As consideration for this Agreement, before 2:00 p.m. on March 17, 2017, Telemundo shall notify the Court in the Action that the Parties have resolved the issues raised in the Injunction Motion, shall provide the Court with a copy of this Agreement, and shall request that the Court adjourn the Injunction Hearing.  Provided that no breach of this Agreement has occurred by Elite, within five (5) business days following the broadcast of the March 28, 2017 CONCACAF qualifying game between Trinidad and Mexico, Telemundo shall file a Joint Stipulation of Dismissal With Prejudice in the Action, in the form attached as Exhibit B.  All of Elite's obligations under this Agreement shall survive the dismissal.

6.      This Agreement shall in all respects be construed in accordance with and governed by the laws of the State of Florida, without regard to principles of conflicts of law.  The United States District Court for the Southern District of Florida ("District Court") shall have exclusive jurisdiction to construe interpret and enforce this Agreement, and to decide any and all disputes, claims and controversies arising out of, or relating to, this Agreement (including the

MIA 185795151v1

breach or validity thereof), and the Parties irrevocably consent to jurisdiction and venue in the District Court and waive any claims that such venue is an inconvenient forum.  In the event that the District Court declines to exercise jurisdiction, the Circuit Court for the Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida shall have exclusive jurisdiction to construe interpret and enforce this Agreement, and to decide any and all disputes, claims and controversies arising out of, or relating to, this Agreement (including the breach or validity thereof), and the Parties irrevocably consent to jurisdiction and venue and waive any claims that such venue is an inconvenient forum.

7.      The Parties shall bear their own attorneys' fees and costs in the Action. Provided, however, that in any subsequent proceeding to enforce the terms of this Agreement, the prevailing Party shall be entitled to recover its attorneys' fees and costs.

8.      Any and all notice or other communications required or permitted to be given under any of the provisions of this Agreement shall be in writing and shall be delivered by a nationally recognized overnight courier (*e.g.*, UPS) and e-mail to the Parties' counsel  at the addresses set forth below:

> **To Elite**:
>
> Thomas W. Walters, P.A
> 499 E. Palmetto Park Rd.
> Suite 228
> Boca Raton, FL 33432
> Office 561-876-6770
> Cell   954-461-4999
> Fax   561-395-4223
> tomwalters78@yahoo.com
> twwlaw1@gmail.com
>
> **To Telemundo**:
>
> Eliot Pedrosa
> Greenberg Traurig, P.A.

333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
Email: pedrosae@gtlaw.com

9.      This Agreement sets forth the entire agreement among the Parties regarding the settlement of the Action and supersedes any and all prior agreements or understandings among the Parties pertaining in any way to the settlement of the Action.

10.     The Parties hereby acknowledge and agree that: (a) in the negotiation and drafting of this Agreement they have had the opportunity to consult with counsel of their choice, (b) each of their counsel has had an opportunity to contribute to the negotiation and drafting of this Agreement, and (c) the principle of construing a document most strictly against its drafter shall not apply with respect to the interpretation of this Agreement.

11.     Each Party represents and warrants that it has the full power and authority to enter into this Agreement and that the individual executing this Agreement has the full authority and capacity to do so and to bind the entity on whose behalf he or she signs.

12.     This Agreement shall inure to the benefit of and shall be binding upon the Parties' respective past, present and future officers, directors, shareholders, employees, predecessors, successors, assigns, affiliates, subsidiaries, and parent entities (and the officers, directors, shareholders and employees of said entities).

13.     This Agreement may be executed in any number of counterparts, each of which shall be a duplicate original, but a complete set of which taken together shall constitute one and the same instrument; any of the Parties hereto may execute this Agreement by signing any such counterpart or counterparts; and electronically mailed digital copies and/or faxed copies shall be deemed originals for all purposes, including enforcement.

14.     No modification of this Agreement shall be valid or effective unless it is in writing signed by the Parties.

IN WITNESS WHEREOF, the Parties have duly executed this Settlement Agreement as of the date set forth above.

Telemundo Network Group LLC,                    Elite Soccer Agency, LLC

_____              _____

By: _____              By: _____Ylan Singer_____

Its: _____             Its: _____CEO_____

14.     No modification of this Agreement shall be valid or effective unless it is in writing signed by the Parties.

IN WITNESS WHEREOF, the Parties have duly executed this Settlement Agreement as of the date set forth above.

Telemundo Network Group LLC,

By: _Mariano Schwed_

Its: _SUP, Legal_

Elite Soccer Agency, LLC

By: _____

Its: _____

**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 17-CV-20952-UU

TELEMUNDO NETWORK GROUP LLC, a
Delaware limited liability company,

              Plaintiff

v.

ELITE SOCCER AGENCY, LLC, a Florida
limited liability company, and
PUBLICIDADES USA INC., a Florida
Corporation,

              Defendants

---

**CONSENT JUDGMENT AND INJUNCTION**

THIS CAUSE came before the Court on Plaintiff Telemundo Network Group LLC's Motion for Entry of Consent Judgment and Injunction (the "Motion") pursuant to the Parties' Settlement Agreement, and the Court having read and considered the Motion and the Settlement Agreement, it is ORDERED AND ADJUDGED that the Motion is GRANTED; Defendant, Elite Soccer Agency, LLC, shall be enjoined from:

1.     Any attempts to sell, resell, license, commercialize, or otherwise traffic in the United States, Spanish-language, television and digital media broadcast rights to the confederation of North, Central America and Caribbean Association Football ("CONCACAF") qualifying soccer games leading to the 2018 and 2022 FIFA World Cups that Telemundo acquired pursuant to the terms of its agreement with Traffic and Media World signed in December 2014; and

2.      Interfering with the production and delivery of Telemundo's live audiovisual feed for the CONCACAF qualifying soccer games leading to the 2018 FIFA World Cup.

DONE AND ORDERED in Chambers in Miami, Florida, this ___ day of March 2017.

_____

THE HONORABLE URSULA UNGARO
UNITED STATES DISTRICT JUDGE

*MIA 185795151v1*

**EXHIBIT B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 17-CV-20952-UU

TELEMUNDO NETWORK GROUP LLC, a
Delaware limited liability company,

        Plaintiff

v.

ELITE SOCCER AGENCY, LLC, a Florida
limited liability company, and
PUBLICIDADES USA INC., a Florida
Corporation,

        Defendants
_____

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

    Plaintiff Telemundo Network Group LLC, and Defendant, Elite Soccer Agency, LLC, (together, the "Parties") by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby file this Joint Stipulation of Dismissal with Prejudice, as a result of reaching settlement in the above-referenced matter, with each Party to bear its own attorneys' fees and costs except as set forth in the Parties' Settlement Agreement.  The Parties have previously submitted their Settlement Agreement to the Court and jointly request that the Court retain jurisdiction to enforce their Settlement Agreement.

Respectfully submitted this ___ of _____, 2017 by:

s/ Eliot Pedrosa_____     s/ Thomas W. Walters, P.A._____
ELIOT PEDROSA, ESQ.             THOMAS W. WALTERS
Florida Bar No. 0182443          Florida Bar No. _____
pedrosae@gtlaw.com              tomwalters78@yahoo.com
ANGELA KORGE, ESQ.           twwlaw1@gmail.com
Florida Bar No. 125419           THOMAS W. WALTERS, P.A
korgea@gtlaw.com               *Attorneys for Defendant Elite*
GREENBERG TRAURIG, P.A.     *Soccer Agency, LLC*
*Attorneys for Plaintiff Telemundo*    499 E. Palmetto Park Rd.
*Network Group LLC*            Suite 228
333 SE 2nd Avenue, Suite 4400    Boca Raton, FL 33432
Miami, Florida 33131            Office 561-876-6770
Telephone: (305) 579-0500      Cell  954-461-4999
Facsimile: (305) 579-0717       Fax  561-395-4223

*MIA 185795151v1*