UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 17-CV-20952-UU

TELEMUNDO NETWORK GROUP LLC, a
Delaware limited liability company,

        Plaintiff

v.

ELITE SOCCER AGENCY, LLC, a Florida
limited liability company, and
PUBLICIDADES USA INC., a Florida
Corporation,

        Defendants

## CONSENT JUDGMENT AND INJUNCTION

THIS CAUSE came before the Court on Plaintiff Telemundo Network Group LLC's Motion for Entry of Consent Judgment and Injunction (the "Motion") pursuant to the Parties' Settlement Agreement, and the Court having read and considered the Motion and the Settlement Agreement, it is ORDERED AND ADJUDGED that the Motion is GRANTED; Defendant, Elite Soccer Agency, LLC, shall be enjoined from:

    1.    Any attempts to sell, resell, license, commercialize, or otherwise traffic in the United States, Spanish-language, television and digital media broadcast rights to the confederation of North, Central America and Caribbean Association Football ("CONCACAF") qualifying soccer games leading to the 2018 and 2022 FIFA World Cups that Telemundo acquired pursuant to the terms of its agreement with Traffic and Media World signed in December 2014; and

7

*MIA 185795151v1*

2.      Interfering with the production and delivery of Telemundo's live audiovisual feed for the CONCACAF qualifying soccer games leading to the 2018 FIFA World Cup.

DONE AND ORDERED in Chambers in Miami, Florida, this 31 day of March 2017.

*[signature]*
THE HONORABLE URSULA UNGARO
UNITED STATES DISTRICT JUDGE